## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## CLARKSBURG DIVISION

**GENESIS PARTNERS, LIMITED PARTNERSHIP,**

*Plaintiff*,

                                                **CIVIL ACTION No. 1:24-cv-00106**

**v.**

                                                **(Chief Judge Thomas S. Kleeh)**

**CITY OF BRIDGEPORT, WEST VIRGINIA and
G. ANDREW LANG**

*Defendants.*

### MOTION TO WITHDRAW AS COUNSEL AS TO AUSTIN D. ROGERS

Pursuant to Rule 83.03 of the Local Rules of Court for the U.S. District Court for the Northern District of West Virginia, the undersigned moves to withdraw as counsel for Defendants City of Bridgeport, West Virginia and G. Andrew Land ("Defendants").

Defendants will continue to be represented by Timothy M. Miller, Esquire of Babst, Calland, Clements & Zomnir, P.C. and by Philip A. Reale, Esquire and Philip A. Reale II, Esquire of Law Office of Philip A. Reale, PLLC.

WHEREFORE, the undersigned attorney respectfully requests that this Court grant this Motion and enter the proposed order withdrawing Austin D. Rogers as counsel for Defendants City of Bridgeport, West Virginia and G. Andrew Lang in the above-captioned matter.

                                        **CITY OF BRIDGEPORT, WEST VIRGINIA
and G. ANDREW LANG, by counsel,**


                                        */s/ Austin D. Rogers*
                                        Timothy M. Miller, Esquire (WVSB No. 2564)
                                        Austin D. Rogers, Esquire (WVSB No. 13919)
                                        Babst Calland, P.C.
                                        300 Summers Street, Suite 1000
                                        Charleston, WV 25301
                                        (681) 205-8888

17376946v1

(681) 205-8814 (fax)
tmiller@babstcalland.com
arodgers@babstcalland.com

and

Philip A Reale, Esquire (WVSB No. 3029)
Philip A. Reale II, Esquire (WVSB No. 11372)
Law Office of Philip A. Reale, PLLC
300 Summers Street, Suite 980
Charleston, WV 25301
Telephone: (304) 342-1891
Facsimile: (304) 342-1893
pareale@wvreale.com
philip@wvreale.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION**

**GENESIS PARTNERS, LIMITED PARTNERSHIP,**

    *Plaintiff,*

                                   **CIVIL ACTION No. 1:24-cv-00106**

**v.**

                                   **(Chief Judge Thomas S. Kleeh)**

**CITY OF BRIDGEPORT, WEST VIRGINIA and
G. ANDREW LANG**

    *Defendants.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2026, I electronically filed the foregoing *Motion to Withdraw as Counsel as to Austin D. Rogers* with the Clerk of Court using the Court's CM/ECF system which will provide electronic notification to all counsel of record as follows:

J. Zak Ritchie, Esquire
Andrew C. Robey, Esquire
Hissam Forman Donovan Ritchie, PLLC
PO Box 3983
Charles, WV 25339
*Counsel for Plaintiff*

                         */s/ Austin D. Rogers*
                         Austin D. Rogers, Esquire (WVSB No. 13919)